**UNITED STATES DISTRICT COURT**
**SOUTHERN DISTRICT OF NEW YORK**
-----------------------------------------------------------X
WATFORD CITY LODGING, LLC d/b/a
HANK'S BAKKEN HOUSING LLC and
KENNETH HARTOG,

                    Plaintiffs,

-against-                          22 **CIVIL** 4266 (PMH)

**JUDGMENT**

SAND LAW, PLLC, DEREK THOOFT, TIM
PRINDIVILLE and RICK SAND,

                    Defendants.
-----------------------------------------------------------X

       It is hereby **ORDERED, ADJUDGED AND DECREED:** That for the reasons stated in the Court's Order dated August 17, 2022, in light of the parties' agreement and the representations herein, including specifically that the underlying Adversary Proceeding, Bk. Dkt. No. 22-07025, has been voluntarily dismissed without prejudice-the motion is DENIED as moot; accordingly, the case is closed.

**Dated:**  New York, New York

      August 18, 2022

                                                        **RUBY J. KRAJICK**

                                                        **Clerk of Court**
                           **BY:**      _K. Mango_
                                                        **Deputy Clerk**